```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

TIMEX GROUP USA, INC.,            :
                                  :
    Plaintiff,                    :
                                  :
    v.                            :   CASE NO. 3:08CV1061(AWT)
                                  :
ADVANCE WATCH CO., LTD.,          :
                                  :
    Defendant.                    :

## RULING ON DISCOVERY MOTIONS

Pending before the court are the plaintiff's Motion to Quash and for Protective Order (doc. #21), the plaintiff's Motion to Compel Discovery Responses (doc. #45), the defendant's Motion to Compel Responses to Interrogatories Nos. 8 and 20-22 (doc. #51) and the defendant's Motion to Compel Regarding Prior Art (doc. #53).  Oral argument was held on October 21, 2009.

A.  <u>Motion to Quash and for Protective Order (doc. #21)</u>

The plaintiff's Motion to Quash and for Protective Order (doc. #21) as to the deposition is DENIED as moot, without prejudice, in view of the defendant's representation in open court on October 21, 2009 that it does not seek the deposition of Arthur Schaier at this point in the litigation.  As to the requests for production, the plaintiff shall serve its responses to the defendant on or before **November 23, 2009.**

B.  <u>Plaintiff's Motion to Compel Discovery Responses (doc. #45)</u>

The plaintiff's Motion to Compel Discovery Responses (doc. #45) is GRANTED in part and DENIED in part as follows:

1

As to Interrogatory #14, the motion is DENIED without prejudice to renewal later in the litigation when the case is closer to trial.

As to Interrogatory #15, the motion is GRANTED.  The defendant's response to this interrogatory shall be served on or before **December 8, 2009.**

As to Interrogatories #16, 25, 29, 30, 31, and 38, the motion is GRANTED.  The defendant's response to these interrogatories shall be served on or before **November 23, 2009.**

C.   Defendant's Motion to Compel Responses to Interrogatories Nos. 8 and 20-22 (doc. #51)

The defendant's Motion to Compel Responses to Interrogatories Nos. 8 and 20-22 is GRANTED.  The plaintiff's responses shall be served on or before **November 23, 2009.**

C.   Defendant's Motion to Compel Regarding Prior Art (doc. #53)

The defendant's Motion to Compel Regarding Prior Art (doc. #45) is GRANTED in part and DENIED in part as follows.  The plaintiff's responses shall be served on or before **November 23, 2009.**

The motion is GRANTED as to Interrogatories #14 and 15 and as to Document Request #7.

As to Document Request #18, the motion is GRANTED and limited to plaintiff's current response to Interrogatory #8, without prejudice to defendant propounding further discovery

requests.

As to Interrogatories #16 and 17, the motion is GRANTED as to Patent No. D472,820.  The motion is DENIED without prejudice as to Patent No. D472,476 on the current record.

Document Request #28 is withdrawn without prejudice pursuant to the request of defense counsel in open court on October 21, 2009.

Document Requests #29-41 are GRANTED as to Patent No. D472,820 and Patent No. D472,477 and DENIED without prejudice as to Patent No. D472,476 on the current record.  As to the remaining patents, the requests are WITHDRAWN without prejudice pursuant to the request of defense counsel in open court on October 21, 2009.

SO ORDERED at Hartford, Connecticut this 27th day of October, 2009.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge